UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE CHARLES ROBINSON,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br><br>Defendant. | Case No. 16-cv-02537-SI<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR ALL PURPOSES** |

Pursuant to Local Rule 72-1 and the consent of the parties (Docket Nos. 7, 12), this matter is referred for random assignment of a Magistrate Judge for all purposes including entry of judgment.

**IT IS SO ORDERED.**

Dated: July 19, 2016

_____
SUSAN ILLSTON
United States District Judge